### BANKS *v.* TUCKER *et al.*

BECK, J.　Under the evidence and the pleadings in the case, the court below did not abuse his discretion in refusing to grant the interlocutory injunction.

*Judgment affirmed.　All the Justices concur, except Hill, J., not presiding.*
FEBRUARY 14, 1912.

Petition for injunction.　Before Judge J. B. Park.　Jasper superior court.　April 15, 1911.

*Rogers & Knox,* for plaintiff.

*Eugene M. Baynes* and *Greene F. Johnson,* for defendants.

---

### KNIGHT *et al.,* receivers, *v.* STATE OF GEORGIA *et al.*

ATKINSON, J.　1. The principle ruled in *County of Glynn* v. *Brunswick Terminal Co.,* 101 *Ga.* 244 (28 S. E. 604), is controlling in this case. Accordingly, where funds arising partly from oil-inspection fees, and partly from private donations, had been turned over to and were in the hands of trustees of a school of agriculture and mechanic arts, established in a particular congressional district, under the Civil Code, §§ 1552 et seq., and were deposited by the treasurer of the board of trustees in his own name, as such, in a bank which was a State depository, and which failed, this did not constitute such a debt due to the State as created a lien in its favor by virtue of its general sovereignty, or under the law in reference to State depositories, embodied in the Civil Code, §§ 1249 et seq.

*Judgment reversed.　All the Justices concur, except Hill, J., not presiding.*
FEBRUARY 14, 1912.

Intervention.　Before Judge Seabrook.　Ware superior court. December 12, 1910.

*Joseph W. Bennet, Parks & Reed,* and *John T. Myers,* for plaintiffs in error.　*Lankford & Dickerson,* contra.